UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JACK BLAIR FERGUS,**  Case. No. 3:14-cv-01563-ST

    Plaintiff,
vs.

**CAROLYN W. COLVIN,**  ORDER FOR EAJA FEES
**ACTING COMMISSIONER of Social Security**,

    Defendant.

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 USC § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $6185.54 shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. *See Astrue v. Ratliff*, 560 US 586 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Richard A. Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Richard A. Sly**
**Law Office of Evans & Evans**
**610 SW Broadway, Suite 405**
**Portland Oregon 97205**

DATED this 11th day of December, 2015.

    s/ Janice M. Stewart
    HON. JANICE M. STEWART
    UNITED STATES MAGISTRATE JUDGE