**RICHARD A. SLY**, OSB # 630740
Law Office of Evans & Evans
610 SW Broadway, Suite 405
Portland Oregon 97205
Voice: (503) 224-0436
Fax:    (503) 226-1227

**LINDA S. ZISKIN, OSB #011067**
linda@ziskinlawoffice.com
P.O. Box 753833
Las Vegas, NV 89136
Phone: (503) 889-0472
Fax:    (888) 889-5776
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JACK BLAIR FERGUS,**<br><br>           **Plaintiff,**<br><br>**vs.**<br><br>**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**<br><br>           **Defendant.** | 3:14-cv-01563-YY<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

///


///

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the net amount of

**$15,749.46** , are hereby awarded to Plaintiff's attorney, Richard Sly.

The check, minus the user fee, should be mailed to the address below:

**RICHARD A. SLY**
**Law Office of Evans & Evans**
**610 SW Broadway, Suite 405**
**Portland, OR  97205**

IT IS SO ORDERED this 17th day of April, 2017

\_\_\_/s/Youlee Yim You_____
         YOULEE YIM YOU
         UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

s/ Linda S. Ziskin
LINDA S. ZISKIN, OSB #011067
P.O. Box 753833
Las Vegas, NV 89136
(503) 889-0472
 Attorney for Plaintiff